# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMIE DODSON | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 6:14-cv-03378-MDH |
| GC SERVICES, LP | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, JAMIE DODSON (Plaintiff), through his attorneys, PRICE LAW GROUP, APC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

                                          RESPECTFULLY SUBMITTED,

October 23, 2014                    By: /s/Mark D. Molner, Esq.
                                          Mark D. Molner, Esq. (SBN 62189)
                                          PRICE LAW GROUP, APC
                                          2210 W. 75th Street
                                          Prairie Village, KS 66208
                                          Phone: (913)529-1474
                                          Fax: (818)205-2730
                                          mark@pricelawgroup.com

## CERTIFICATE OF SERVICE

On October 23, 2014, Mark D. Molner, e-mailed a copy this Filed Notice of Settlement to Defendant's attorney, Todd Stelter at tstelter@hinshawlaw.com.

<u>By: /s/Mark D. Molner, Esq.</u>  _____
Mark D. Molner, Esq.