# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JAMIE DODSON, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 6:14-cv-03378-MDH |
| GC SERVICES, LP, | ) ) ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, JAMIE DODSON ("Plaintiff"), through his attorneys, PRICE LAW GROUP, APC and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES, LP.

RESPECTFULLY SUBMITTED,

November 14, 2014
By: /s/Mark D. Molner, Esq.
Mark D. Molner, Esq. (SBN 62189)
PRICE LAW GROUP, APC
2210 W. 75th Street
Prairie Village, KS 66208
Phone: (913)529-1474
Fax: (818)205-2730
mark@pricelawgroup.com

1

## CERTIFICATE OF SERVICE

On November 14, 2014, Mark D. Molner, e-mailed a copy this Filed Notice of Voluntary Dismissal to Defendant's attorney, Todd Stelter at tstelter@hinshawlaw.com.

<u>By: /s/Mark D. Molner, Esq.</u> _____
Mark D. Molner, Esq.