# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JAMIE DODSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:14-cv-03378-MDH |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. No. 7). Based on the Plaintiff's Notice, the Court Orders this case is hereby dismissed with prejudice, each party to bear their own costs.

**IT IS SO ORDERED.**

DATED: November 20, 2014

                                            /s/ Douglas Harpool
                                            **DOUGLAS HARPOOL**
                                            **UNITED STATES DISTRICT JUDGE**